

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

On December 12, 2013, we abated the appeal to the trial court pursuant to Rule 38.8(b)(2). *See* TEX. R. APP. P. 38.8.  We ordered the supplemental clerk's record and supplemental reporter's record to be filed on or before January 13, 2014.  Thereafter, the court coordinator filed a letter asking for an extension of time in which to hold the abandonment hearing.  We then ordered the trial court to file the supplemental clerk's and reporter's records no later than February 14, 2014.

On February 19, 2014, the trial court filed an additional motion for extension of time, in which it indicated that the hearing was conducted on February 14, 2014, but requesting that it be allowed until March 21, 2014 to file the supplemental records.  The motion is DENIED.  The trial court is ORDERED to file the supplemental reporter's record from the February 14, 2014 hearing as well as the supplemental clerk's record containing the trial court's findings regarding our December 12, 2013 abatement order **NO LATER THAN MARCH 3, 2014.**

All appellate deadlines are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court